Charles J. Costello, defendant in error, v. Josephine Ranes and John G. Ranes, plaintiffs in error. Gen. No. 34,561.

Opinion filed October 9, 1931. Rehearing denied October 21, 1931.

Corinne L. Rice and Simpson & Baker for plaintiff in error John G. Ranes. Lancaster & Devery, for defendant in error; William J. Lancaster, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

---

J. V. DeLaney and Walter P. Altenburg, trading as DeLaney and Altenburg, appellants, v. Edward R. Adams and Clara D. Adams, appellees. Gen. No. 34,906.

Opinion filed October 9, 1931.

Eugene C. O'Reilly, for appellants. Ode L. Rankin, for appellees.

Mr. Justice Kerner delivered the opinion of the court.

---

Gordon A. Ramsay, administrator of the estate of Abraham Potter, deceased, appellee, v. Booth Fisheries Company, appellant. Gen. No. 34,916.

Opinion filed October 9, 1931.

Winston, Strawn & Shaw, for appellant; Silas H. Strawn, Charles J. McFadden and Joseph C. Sibley, of counsel. John A. Bloomingston, for appellee.

Mr. Justice Kerner delivered the opinion of the court.

---

Jacob Cohen for the use of Alliance Insurance Company, appellant, v. C. J. Durk, trading as Central Motor Works Garage, appellee. Gen. No. 34,941.

Opinion filed October 9, 1931. Rehearing denied October 21, 1931.

Kremer, Branand & Hamer, for appellant. Bussian & DeBolt, for appellee.

Mr. Justice Kerner delivered the opinion of the court.